U.S. District Court

Roger L. Johnson

V

Huntington Ingalls
Incorporated

Case #
1:06-CV-797-HSO-JMR

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 27 2012
J T NOBLIN CLERK
BY_____ DEPUTY

Notice of appeal

In the United States District Court
For the Southern District of Mississippi

Notice of Appeal

A Law Suit was filed in the United States District Court for the Southern District on March 21, 2001. Plaintiff was given the Right to Sue by the EEOC (Equal Employment Opportunity Commission). This Lawsuit has been going on for 13 years, and the Plaintiff have always been Dismiss without given a chance to be heard. We are filling our Motion on Appeal, based on the following.

a. Dismissal of Class Action
b. Dismissal of our Civil Right Act of 1964 Title VII
c. Dismissal of our U.S. Constitution Right
d. Dismissal of Hostile Environment
e. Dismissal of Punitive Damage

02-27-12

Roger L. Johnson